UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SALVACION G. AGATON, ET. AL, § | |
| § | |
| PLAINTIFFS § | |
| § | CIVIL ACTION |
| VERSUS § | |
| § | NO: 5: 11-cv-01716 |
| HOSPITALITY & CATERING § | |
| SERVICES, INC., A/K/A § | JUDGE ELIZABETH E. FOOTE |
| HOSPITALITY CATERING § | |
| MANAGEMENT SERVICES, § | MAGISTRATE JUDGE HORNSBY |
| § | |
| DEFENDANT § | |
| § | |

### ORDER OF DISMISSAL

The Court, having reviewed Plaintiffs' Rule 41(a) Notice of Dismissal Without Prejudice;

**IT IS ORDERED** that this matter is dismissed without prejudice, with each party to bear its own costs.

Shreveport, Louisiana, this 11 day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE